# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1676
LT Case No. 2021-CA-000486

_____

LYNDA KYLE,

    Appellant,

    v.

SCHOOL BOARD OF HERNANDO
COUNTY,

    Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Don Barbee, Jr., Judge.

Gary L. Printy, Jr., of The Printy Law Firm, Tampa, for
Appellant.

Allison E. Bunker and Lisa J. Augspurger, of Bush &
Augspurger, P.A., Orlando, and Timothy J. Ross, II, of Bush
& Augspurger, P.A., Tallahassee, for Appellee.

May 7, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and JAY and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____